# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AtoZ INTEGRATED SYSTEMS A DIVISION OF LOVECO ENTERPRISES, INC.,<br>                Plaintiff,<br><br>v.<br><br>DRUPATTY B. PRASHAD,<br>                Defendant. | CIVIL ACTION<br>NO. 16-40043-TSH |

## ORDER
### May 31, 2016

**Hillman, D.J.**

AtoZ Integrated Systems a division of Loveco Enterprises, Inc. ("AtoZ") filed suit in the Massachusetts Superior Court against Drupatty B. Prashad ("Prashad" or "Defendant") to collect approximately $125,00.00 that it is owed pursuant to a settlement agreement between the parties. Prashad, who is a debtor in a bankruptcy case, removed the case to this Court pursuant to 28 U.S. §§1446, 1334 (district court has exclusive jurisdiction over property of debtor/estate as of commencement of bankruptcy proceeding).  On April 28, 2016, Prashad filed a motion seeking to have this matter referred to the United States Bankruptcy Court for the District of Massachusetts in accordance with L.R., D.Mass. 201 (and, presumably, 28 U.S.C. § 157(a)).

According to the Bankruptcy Court docket, on April 27, 2016, AtoZ filed an adversary proceeding, *i.e..,* a Complaint for Nondischargeability of Debt, against Prashad on April 27, 2016 (No. 16-04040).  For that reason, Defendant's Motion To Refer Matter To The Bankruptcy Court (Docket No. 7) is moot.

**Conclusion**

The Motion to Refer Matter to the Bankruptcy Court (Docket No. 7) is *denied*, as moot. This Case shall be closed on July 1, 2016 unless on or before June 30, 2016, one of the parties files a statement of reasons with the Court as to why this matter should remain open pending resolution of the bankruptcy proceedings.

**SO ORDERED.**

                                           */s/ Timothy S. Hillman*
                                           TIMOTHY S. HILLMAN
                                           DISTRICT JUDGE